IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAWN BOLDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:20-cv-391 (MTT) |
| | ) |
| ALL CARE HOME HEALTH, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Shawn Bolden and Defendant All Care Home Health, LLC jointly move for the Court to approve their settlement and dismiss Bolden's claims with prejudice. Doc. 21. The Court has reviewed the terms of parties' proposed settlement agreement and the factors and reasons considered by the parties in reaching the proposed settlement and justifying the compromise of Bolden's claims against All Care Home Health. The Court finds that the attorney's fees are fair and reasonable and that the settlement proposed "is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Accordingly, the parties' joint motion for settlement approval (Doc. 21) is **GRANTED**, and Bolden's claims are **DISMISSED** with prejudice.

**SO ORDERED**, this 6th day of July, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT